# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Marie Garcia, | No. CV-21-01958-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| CSAA General Insurance Company, et al., | |
| Defendants. | |

A Stipulation for Dismissal with Prejudice (Doc. 14) having been received in the above-captioned matter,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice.

Dated this 21st day of June, 2022.

Honorable Susan M. Brnovich
United States District Judge